IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-60356
_____

In re: LARRY JACKSON,

       Movant

_____

A True Copy
Certified order issued Jul 17, 2018

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

Authorization to file Successive Habeas Corpus Petition

_____

CLERK'S OFFICE:

    Authorization to file a successive habeas corpus petition is dismissed for failure to comply with this Court's notice of June 11, 2018.

                             LYLE W. CAYCE
                             Clerk of the United States Court
                             of Appeals for the Fifth Circuit

                             By: _____
                             Majella A. Sutton, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 17, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 18-60356    In re: Larry Jackson
                           USDC No. 4:16-CV-251

Enclosed is an order entered in this case.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Majella A. Sutton, Deputy Clerk
                           504-310-7680

Mr. David Crews
Mr. Larry Jackson